

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-22-00690-CV

Matthew **KUNKEL**,
Appellant

v.

**ACCELERATED INVENTORY MANAGEMENT, LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV03570
Honorable J Frank Davis, Judge Presiding

## O R D E R

On October 17, 2022, appellant Matthew Kunkel filed a notice of appeal challenging a final judgment signed on October 6, 2022. On October 28, 2022, appellant filed a letter informing us he would "not be moving forward with the appeal process." We construe appellant's letter as a motion requesting voluntary dismissal of this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (stating court may dismiss appeal on motion of appellant). If appellant is not seeking a voluntary dismissal of his appeal, we **order** appellant to file a response by **November 14, 2022**. If we do not receive a response by that date, then we will act on the motion and dismiss the appeal. *See id*. R. 2, 42.1(a)(1).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court